IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PEDRO ROSARIO,

**Plaintiff**,

v.   Civil No. 19-2095 (FAB)

LOOMIS PUERTO RICO,

**Defendant.**

**JUDGMENT**

In accordance with the OPINION AND ORDER entered today (Docket No. 59), plaintiff Rosario's causes of action arising pursuant to the ADEA, Title VII, and the ADA (counts one through six), are **DISMISSED WITH PREJUDICE.** Rosario's Ninth Cause of Action for attorneys' fees pursuant to Federal Law, and for prejudgment interest pursuant to Fed.R.Civ.P. 54, is **DISMISSED WITH PREJUDICE.** Rosario's Seventh and Eighth Causes of Action pursuant to Puerto Rico Law are **DISMISSED WITHOUT PREJUDICE.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, August 18, 2022.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE